April 12, 2021

Dear Honorable Judge Emily C. Marks

      I am writing to you about my case 2:20 cv 00163 and my name is Bernadette Dickerson. I terminated my counsel on March 31, 2021. So for now I am representing myself. I went through my discovery from the defendants Koch Foods and my former attorney Brian Clark. I noticed that most of the documentation that I personally submitted to him was intentionally omitted from discovery to Baker Donelson. I have made several attempts to exchange and request documentation to and from Baker Donaldson. I have left them emails, voicemails and my final attempt is notarized letter via U.S. mail. I am writing to file a motion to the court asking you to order the other side to respod to discovery requests. I have many ethics concerns with my case with Baker and Donelson and my former attorney Brian Clark. Mr. Clark did not include documents i received from Koch Foods while still employed there. I gave Mr. Clark these documents. Baker and Donelson is making this process very difficult. It states on the docket that we have a deposition on May 7 and it also the deadline to obtain counsel and it was approved by you. I noticed the docket was updated at after midnight on April 6 which made it April 7. Jessica Spade called and spoke to me while I was still represented by Allan Armstrong. I have all the documents I filed formally on Koch on their stationary where I did sexual harrasment complaint, suspension, and termination. It's also recorded and they are avoiding receiving the documentation. I would really appreciate it you could order them to respond or punish them for failing to respond to discovery requests.

Sincerely,

*Bernadette Dickerson*

Bernadette Dickerson

Bernadette Dickerson
5060 Woodley Road
Montgomery, AL 36116

MONTGOMERY AL 360

13 APR 2021 PM 3 L



Honorable Judge Emily C. Marks
Frank M. Johnson Jr Federal Building
One Church Street
Montgomery, AL 36104

36104-401801